1  LOREN NIZINSKI, Bar No. 144345
   LAW OFFICES OF LOREN NIZINSKI
2  14622 Victory Boulevard, Second Floor
   Van Nuys, California 91411
3  Telephone: (818) 908-5942

4

5  Attorney for Defendants David Thomas Lema; Gabrielle Lyn Lema; Paul Philip Lema;
   Paula Sarah Lema; And Tomica Ann Parham-Lema,
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12
   SUN MICROSYSTEMS, INC.; SUN            )   Case No.: 5:04-CV-04968-JF
13 MICROSYSTEMS, INC. TAX                 )
   DEFERRED RETIREMENT SAVINGS            )
14 PLAN,                                  )
                                          )   **STIPULATION TO CONTINUE**
15                                        )   **PLAINTIFFS' MOTION FOR**
                Plaintiffs,               )   **FURTHER ATTORNEY'S FEES**
16                                        )
                                          )   Date: September 30, 2005
17         v.                             )   Time: 9:00 a.m.
                                          )   Place: Courtroom 3, Fifth Floor
18 SEAORIA SIGNARS LEMA; MICHAEL-         )   Judge: Hon. Jeremy Fogel
   ANTHONY LAWRENCE LEMA; DAVID           )
19 THOMAS LEMA; GABRIELLE LYN             )
   LEMA; PAUL PHILIP LEMA; PAULA          )
20 SARAH LEMA; and TOMICA ANN             )
                                          )
21 PARHAM-LEMA,                           )
                                          )
22              Defendants.               )

23

24         IT IS HEREBY STIPULATED by and between the parties hereto, through

25 their respective counsel, that Plaintiffs' Motion for Further Attorney's Fee set for August

26 26, 2005 at 9:00 a.m. be continued to September 30, 2005 at 9:00 a.m., in Courtroom 3 of

27
                                         -1-
28
   ─────────────────────────────────────────────────────────────
          STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR FURTHER
                        ATTORNEY'S FEES AND ORDER

the above-entitled court.

Dated: 8/25/05            LAW OFFICES OF LOREN NIZINSKI

By: _____
LOREN NIZINSKI,
Attorney for Defendants, David T. Lema, Gabrielle
L. Lema, Paul P. Lema, Paula S. Lema, Tomica A.
Parham-Lema

Dated: Aug 30, 2005       LAW OFFICES OF JONATHAN M. KAPLAN

By: _____
JOHNATHAN KAPLAN,
Attorney for Defendant, Seoria Signars Lema

Dated: Aug. 29, 2005      TRUCKER, HUSS

By: _____
CLARISSA A. KANG
Attorney for Plaintiffs, Sun Microsystems, Inc.

**The Court hereby orders:**

Pursuant to the parties' stipulation, Plaintiff's Motion for Further Attorney's Fees is continued to September 30, 2005 at 9:00 a.m. in Courtroom 3 of this court.

Dated: 9/15, 2005

_____
The Honorable Jeremy Fogel
U.S. District Court Judge

-2-

STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR FURTHER
ATTORNEY'S FEES AND ORDER

## PROOF OF SERVICE

COUNTY OF LOS ANGELES    )
                         )ss.
STATE OF CALIFORNIA      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 14622 Victory Boulevard, Second Floor, Van Nuys, CA 91411.

On September 14, 2005, I served the foregoing document described *on the interested parties as follows:

TUCKER HUSS                                    [Attorney for Sun Microsystems, Inc.]
Clarissa A. Kang
120 Montgomery Street, 23rd Floor
San Francisco, CA 94101

JONATHAN M. KAPLAN                             [Attorney for Seaoria Signars Lema]
Law Offices of Jonathan M. Kaplan
2502 Stevens Creek Blvd.
San Jose, CA 95128-1654

MICHAEL ANTHONY LAWRENCE LEMA                  [Defendant Pro Se]
17940 Great Basin Avenue
Pflugerville, TX 78660

[X]  **BY MAIL** (C.C.P.§ 1013a) I am readily familiar with Ahtirski & Nizinski's practice for collecting and processing of documents for mailing in the United States Postal Service, in the ordinary course of business, documents placed for mailing would be deposited with the United States Postal Service the same day.

[ ]  **BY FACSIMILE** (C.R.C. 2008) I caused a facsimile transmission to the facsimile number(s) indicated above. Upon completion of the said facsimile transmission, the machine issued a report showing the transmission was complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2005, at Los Angeles, California.

                                                _____
                                                LIDIA APPERSON