R. Bradford Huss, SBN 71303
Robert F. Schwartz, SBN 227327
Clarissa A. Kang, SBN 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:   ckang@truckerhuss.com

**E-filed 11/9/05**

Attorneys for Plaintiffs
SUN MICROSYSTEMS, INC.;
SUN MICROSYSTEMS, INC. TAX DEFERRED
RETIREMENT SAVINGS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.; SUN MICROSYSTEMS, INC. TAX DEFERRED RETIREMENT SAVINGS PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>SEAORIA SIGNARS LEMA; MICHAEL-ANTHONY LAWRENCE LEMA; DAVID THOMAS LEMA; GABRIELLE LYN LEMA; PAUL PHILIP LEMA; PAULA SARAH LEMA; and TOMICA ANN PARHAM-LEMA,<br><br>Defendants. | Case No.: 5:04-CV-04968-JF<br><br>[PROPOSED] ORDER PERMANENTLY ENJOINING DEFENDANTS |

Having granted Plaintiffs' Motion for Discharge on June 9, 2005 [Docket No. 40] and thereby having discharged Plaintiffs from liability in this action, the Court hereby orders that all of the defendants be permanently enjoined from instituting or prosecuting, on behalf of themselves or others, and from assisting others in instituting or prosecuting, any proceeding in any state or federal court, against Sun Microsystems, Inc. and/or the Sun Microsystems, Inc. Tax Deferred Retirement

1  Savings Plan (the "Plan") relating to Michael H. Lema's participation in the Plan. Further, because
2  Plaintiffs have now deposited into the Court's registry $118,953.60,[1] representing the benefits at
3  issue in this interpleader action minus the $11,152.46 for Plaintiffs' attorney's fees[2] that was
4  ordered to be deducted from the interpleaded fund, Plaintiffs are hereby dismissed from this action.

6  DATED: 11/9, 2005        /s/electronic signature authorized
                             The Honorable Jeremy Fogel
7                            U.S. District Court Judge

---

[1] *See* Declaration of Clarissa A. Kang Regarding Deposit Of Interpleader Stake Into The Court's Registry, filed on November 7, 2005.

[2] By an order dated June 9, 2005 [Docket No. 40], the Court awarded Plaintiffs $7,937.46 in attorney's fees from the interpleaded fund. Granting in part Plaintiffs' Motion for Further Attorney's Fees, the Court awarded an additional $3,215.00 in attorney's fees from the interpleaded fund on October 11, 2005 [Docket No. 56].

[PROPOSED] ORDER PERMANENTLY ENJOINING DEFENDANTS                    2
Case No.: 05-CV-04968 JF
#70662