**E-filed 1/13/06**

LOREN NIZINSKI, Bar No. 144345
LAW OFFICES OF LOREN NIZINSKI
14622 Victory Boulevard, Second Floor
Van Nuys, California 91411
Telephone: (818) 908-5942

Attorney for Defendants David Thomas Lema; Gabrielle Lyn Lema; Paul Philip Lema; Paula Sarah Lema; And Tomica Ann Parham-Lema,

Jonathan M. Kaplan SBN 154321
2502 Stevens Creek Blvd.
San Jose, CA 95128
Telephone:   (408) 283-9900
Facsimile:   (408) 283-9906
E-mail:      jonnymkap@aol.com

Attorney for Defendant
SEAORIA SIGNARS LEMA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.; SUN MICROSYSTEMS, INC. TAX DEFERRED RETIREMENT SAVINGS PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> SEAORIA SIGNARS LEMA; MICHAEL-ANTHONY LAWRENCE LEMA; DAVID THOMAS LEMA; GABRIELLE LYN LEMA; PAUL PHILIP LEMA; PAULA SARAH LEMA; and TOMICA ANN PARHAM-LEMA, <br><br> Defendants. | Case No.: 5:04-CV-04968-JF <br><br> **STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND CASE STATUS CONFERENCE** |

-1-

**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT
AND CASE STATUS CONFERENCE**

Defendants David Thomas Lema; Gabrielle Lyn Lema; Paul Philip Lema; Paula Sarah Lema; And Tomica Ann Parham-Lema along with Defendant Seoria Signar Lema hereby stipulate to the following:

That the Motion for Summary Judgment originally scheduled for December 16, 2005 at 9:00 a.m. then rescheduled to January 13, 2006 be continued to January 20, 2006 at 10:00 a.m. in Courtroom 3 of the above-entitled court. The parties further stipulate that the Case Management Conference will be heard on January 20, 2006 following the Motion for Summary Judgment.

DATED: January 10, 2006          THE LAW OFFICES OF JONATHAN M. KAPLAN

                                 By:   /s/ Jonathan M. Kaplan
                                       Jonathan M. Kaplan
                                       Attorneys for Defendant, Seaoria Signars Lema

DATED: January 10, 2006          THE LAW OFFICES OF LOREN NIZINSKI

                                 By:   /s/ Loren Nizinski
                                       Loren Nizinski
                                       Attorney for Defendants David Thomas Lema,
                                       Gabrielle Lyn Lema, Paul Philip Lema, Paula
                                       Sarah Lema, and Tomica Ann Parham-Lema

**The Court hereby orders:**

**Pursuant to the parties' stipulation, the Motion for Summary Judgment and Case Status Conference is continued to January 20, 2006 at 10:00 in Courtroom 3 of this court.**

**Dated:** __1/13____, 2006

_____
The Honorable Jeremy Fogel
U.S. District Court Judge

-2-

STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT
AND CASE STATUS CONFERENCE