**E-filed on 2/2/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., et al., | Case Number C 04-04968 JF |
| Plaintiffs, | JUDGMENT |
| v. | |
| SEAORIA SIGNARS LEMA, et al., | |
| Defendants. | |

Good cause therefore appearing, IT IS HEREBY ORDERED that judgment be entered in accordance with the Order of this Court dated February 2, 2006, granting Seaoria Signars Lema's motion for summary judgment, asking the Court to declare her the sole beneficiary of the Sun Microsystems, Inc. Tax Deferred Retirement Plan of Michael H. Lema.

DATED: February 2, 2006

_____
JEREMY FOGEL
United States District Judge

Case No. C 04-04968 JF
JUDGMENT
(JFLC1)

1  This Order has been served upon the following persons:

2  R. Bradford Huss          bhuss@truckerhuss.com,

3  Clarissa A. Kang          ckang@truckerhuss.com

4  Jonathan Marc Kaplan      jonnymkap@aol.com,

5  Loren Nizinski            elniz@aol.com, Lidiaa@mylalaw.com

6  Karen Elaine Phillips     kphillips@truckerhuss.com,

7  Robert Frank Schwartz     rschwartz@truckerhuss.com, pmahoric@truckerhuss.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 04-04968 JF
JUDGMENT
(JFLC1)